IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE APPLICATION OF PENNLIVE, YORK DAILY RECORD, AND YORK DISPATCH TO UNSEAL COURT RECORDS | ) ) ) ) ) ) ) | No. 1:22-MC-756<br><br>(Magistrate Judge Schwab)<br><br>(Electronically Filed) |

## CERTIFICATE OF CONCURRENCE

In accordance with Local Rule 7.1, I hereby certify that I contacted Attorneys Paula Knudsen Burke, Katie Townsend, and Grayson Clary, counsel for Applicants PennLive, York Daily Record, and York Dispatch on October 7, 2022. Attorney Clary indicated that the Applicants concur in the Government's Motion for Extension of Time to File Response.

Dated: October 7, 2022

                                              Respectfully submitted,

                                              BRIAN M. BOYNTON
                                              Principal Deputy Assistant Attorney General
                                              Civil Division

                                              ELIZABETH SHAPIRO
                                              Deputy Branch Director
                                              Civil Division
                                              Federal Programs Branch

*/s/ Leslie Cooper Vigen*
Leslie Cooper Vigen
Trial Attorney (DC Bar No. 1019782)
Civil Division
Federal Programs Branch
United States Department of Justice
1100 L Street, NW
Washington, DC 20005
Email: Leslie.Vigen@usdoj.gov
Tel: (202) 305-0727

*Counsel for the United States*
