UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE APPLICATION OF : **1:22-mc-00756**
PENN LIVE, YORK DAILY :
RECORD, AND YORK DISPATCH :
TO UNSEAL COURT RECORDS :
:
:

**ORDER**
October 11, 2022

Upon consideration of the concurred-in motion filed by the United States for an extension of time to file a response, **IT IS ORDERED** that the motion (*doc. 5*) is **GRANTED**, and the United States shall file, on or before **October 20, 2022**, its response to the application to unseal court records.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge