UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE APPLICATION OF ) No. 1:22-MC-756
PENNLIVE, YORK DAILY )
RECORD, AND YORK DISPATCH ) (Magistrate Judge Schwab)
TO UNSEAL COURT RECORDS )
)
)

**MOTION TO SEAL**

FILED
HARRISBURG, PA
NOV 07 2022
PER _____
DEPUTY CLERK

The United States of America, by and through its attorneys, respectfully moves pursuant to Local Rule 5.8 and Local Criminal Rule 49 to file the documents accompanying this motion under seal for the reasons set forth in the accompanying sealed statement in support of the government's motion to seal. A proposed order is also attached.

Dated: November 7, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division
Federal Programs Branch

/s/ Leslie Cooper Vigen
Leslie Cooper Vigen
Trial Attorney (DC Bar No. 1019782)
Civil Division
Federal Programs Branch
United States Department of Justice
1100 L Street, NW
Washington, DC 20005
Email: Leslie.Vigen@usdoj.gov
Tel: (202) 305-0727

*Counsel for the United States*