UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE APPLICATION OF PENNLIVE, YORK DAILY RECORD, AND YORK DISPATCH TO UNSEAL COURT RECORDS** | Misc. Action No. 1:22-mc-00756<br>Hon. Susan E. Schwab |

**OPPOSITION OF PENNLIVE, YORK DAILY RECORD, AND YORK DISPATCH TO UNITED STATES' MOTION TO SEAL SUPPLEMENT**

KATIE TOWNSEND*
[CA 254321]
ktownsend@rcfp.org
PAULA KNUDSEN BURKE
pknudsen@rcfp.org
GRAYSON CLARY*
gclary@rcfp.org
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310

*\* Admitted pro hac vice*

*Counsel for Applicants PennLive, York Daily Record, and York Dispatch*

PennLive, York Daily Record, and York Dispatch ("Applicants") respectfully submit this opposition to the motion of the United States ("the Government") to seal its recent supplemental filing.  *See* ECF Nos. 16–17.

As set forth in detail in Applicants' opposition to the Government's previous motion to seal its response, *see* ECF No. 11, the Government cannot justify sealing its filings in this matter in their entirety, *see Miller v. Indiana Hosp.*, 16 F.3d 549, 551 (3d Cir. 1994) ("A party who seeks to seal an *entire* record faces an even heavier burden.").  Applicants are again at a "severe disadvantage" in responding with specificity because the Government refuses to offer any indication of the interests that it believes justify secrecy, *In re Cap. Cities/ABC, Inc.'s Application for Access to Sealed Transcripts*, 913 F.2d 89, 95 (3d Cir. 1990), even though, as any number of courts have observed, "[a] motion to seal itself should not generally require sealing or redaction because litigants should be able to address the applicable standard without specific reference to confidential information," *Tequan Doe v. City of New York*, No. 1:22-cv-7910, 2022 WL 15153410, at *4 (S.D.N.Y. Oct. 26, 2022) (internal citation omitted) (collecting cases).  But it should be clear regardless that the secrecy the Government requests here is overbroad.

For the reasons given here and in Applicants' prior opposition, Applicants respectfully urge the Court to deny the Government's motion to seal its supplement and require that the document, or a redacted version, be filed on the public docket.

1

Dated: November 8, 2022                Respectfully submitted,

<div style="margin-left:2em">

*s/ Katie Townsend*
 Katie Townsend*
 [CA 254321]
 Paula Knudsen Burke
 pknudsen@rcfp.org
 Grayson Clary*
 gclary@rcfp.org
 REPORTERS COMMITTEE FOR
   FREEDOM OF THE PRESS
 1156 15th St. NW, Suite 1020
 Washington, DC 20005
 Phone: 202.795.9300
 Facsimile: 202.795.9310

*\* Admitted pro hac vice*

*Counsel for Applicants PennLive, York Daily Record, and York Dispatch*

</div>

# CERTIFICATE OF SERVICE

I, Katie Townsend, hereby certify that on the 8th day of November, 2022, a copy of the foregoing was filed electronically using this Court's CM/ECF system.

Dated: November 8, 2022                Respectfully submitted,

                                       *s/ Katie Townsend*
                                       Katie Townsend
                                       REPORTERS COMMITTEE FOR
                                         FREEDOM OF THE PRESS

                                       *Counsel for Applicants PennLive, York*
                                       *Daily Record, and York Dispatch*