UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE APPLICATION OF              :   **1:22-mc-00756**
PENN LIVE, YORK DAILY             :
RECORD, AND YORK DISPATCH         :
TO UNSEAL COURT RECORDS           :
                                  :
                                  :

# **NOTICE**
February 7, 2023

Today, by a separate order I have granted in part and denied in part the United States' motions (*docs. 8, 16* ) to seal their opposition and reply briefs. Concluding that much, but not all, of the United States' briefs should not be sealed, I have redacted those parts of the briefs that should be sealed. Those redactions are attached to my order. In order to give the United States the opportunity to appeal my order to the district court under M.D. Pa. L. R. 72.2, I have stayed my order and issued my order under seal. The order will remain under seal until either (1) the time for the United States to appeal this Order to the district court has passed and the United States has not filed an appeal, or (2) if the United States does file an appeal, the district has resolved that appeal. Although I anticipate that my order will eventually be unsealed, until further order of the court, the order

shall not be available to the public or to the petitioners.  The Clerk of Court has been directed to serve a copy of my order on the United States only.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge
