## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE APPLICATION OF PENNLIVE, YORK DAILY RECORD, AND YORK DISPATCH TO UNSEAL COURT RECORDS | ) ) ) ) ) ) | No. 1:22-MC-756 (Magistrate Judge Schwab) |

## NOTICE REGARDING ORDER OF FEBRUARY 7, 2023

The United States of America hereby notifies the Court that it does not intend to file objections to the Court's Order dated February 7, 2023. *See* ECF No. 25.  The Government understands that the Court will file on the public docket the redacted versions of its opposition to Applicants' application to unseal court records and its reply in support of the Government's motion to seal attached to the February 7, 2023 Order.

The Government respectfully requests that, prior to filing on the public docket, the Court consider making three additional limited, targeted redactions:

- ██████████████████████████████████████████

  ██████████████████████████████████████████

  ██████████████████████████████████████████

  ██████████████████████████████████████████



Dated: February 21, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General
Civil Division

2

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division
Federal Programs Branch

*/s/ Leslie Cooper Vigen*
Leslie Cooper Vigen
Trial Attorney (DC Bar No. 1019782)
Civil Division
Federal Programs Branch
United States Department of Justice
1100 L Street, NW
Washington, DC 20005
Email: Leslie.Vigen@usdoj.gov
Tel: (202) 305-0727

*Counsel for the United States*