UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE APPLICATION OF PENNLIVE, YORK DAILY RECORD, AND YORK DISPATCH TO UNSEAL COURT RECORDS | ) No. 1:22-MC-756 ) ) (Magistrate Judge Schwab) ) ) ) |

# NOTICE

The United States of America hereby notifies the Court that it withdraws its request for two of the limited additional redactions, those on pages eight and nine of the Government's opposition brief, as set forth in the Government's February 21, 2023 notice. *See* ECF No. 28. As a result of documents publicly released by the U.S. District Court for the District of Columbia yesterday, those two redactions are no longer necessary. The Government maintains that the additional redaction requested in the February 21, 2023 notice, to page ten of the Government's opposition brief, is still required for the reasons explained therein.

Dated: February 25, 2023

> Respectfully submitted,
>
> BRIAN M. BOYNTON
> Principal Deputy Assistant Attorney General
> Civil Division
>
> ELIZABETH J. SHAPIRO
> Deputy Director
> Civil Division
> Federal Programs Branch
>
> <u>*/s/ Leslie Cooper Vigen*</u>
> Leslie Cooper Vigen
> Trial Attorney (DC Bar No. 1019782)
> Civil Division
> Federal Programs Branch
> United States Department of Justice
> 1100 L Street, NW
> Washington, DC 20005
> Email: Leslie.Vigen@usdoj.gov
> Tel: (202) 305-0727
>
> *Counsel for the United States*