UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE APPLICATION OF | : | **1:22-mc-00756** |
| PENN LIVE, YORK DAILY | : | |
| RECORD, AND YORK DISPATCH | : | |
| TO UNSEAL COURT RECORDS | : | |
| | : | |
| | : | |

# ORDER
March 20, 2023

In light of the recent notice (*doc. 35*) filed by the United States, we will in the near future issue an order regarding whether any additional parts of the United States' briefs should be unredacted. In the meantime, **IT IS ORDERED** that the Newspapers' deadline to file a reply brief in support of their application to unseal court records is **STAYED** pending further order of the court. After the issue of the redactions to the United States' briefs is finally resolved, we will set a deadline for the Newspapers to file a reply brief.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge