UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE APPLICATION OF PENN LIVE, YORK DAILY RECORD, AND YORK DISPATCH TO UNSEAL COURT RECORDS | : **1:22-mc-00756** : : : : : |

**ORDER**
July 10, 2023

Given that much time has passed since the newspapers filed their application to unseal court records and during that time there have been significant developments surrounding this case, **IT IS ORDERED** that a hearing and oral argument on the newspapers' application to unseal court records shall be held on **September 19, 2023**, at **10:00 a.m.** in a courtroom to be determined at the Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge