UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE APPLICATION OF : | **1:22-mc-00756** |
| PENN LIVE, YORK DAILY : | |
| RECORD, AND YORK DISPATCH : | |
| TO UNSEAL COURT RECORDS : | |
| : | |
| : | |

**ORDER**
October 24, 2023

This case concerns whether a search warrant (and related documents) involving United States Representative Scott Perry should remain sealed. Several newspapers filed an application to unseal those court records. After extensive proceedings involving sealing parts of the United States' briefs in opposition to the newspapers' application, we held a hearing and oral argument on October 12, 2023, regarding the newspapers' application to unseal the search warrant materials. In accordance with the discussion at the hearing and oral argument, we ordered the parties to file supplemental briefs updating their legal arguments.

But at the hearing and oral argument, the United States agreed to release certain documents with some redactions. In accordance with that agreement and following the hearing and oral argument, the United States filed a motion to seal agreeing to the unsealing of redacted versions of certain documents but seeking to file ex parte and under seal an unredacted version of its Notice of Filing of Proposed Redactions explaining the basis for its proposed redactions. The United

States agrees to unsealing a redacted version of: (1) the docket sheet in 1:22-mc-00602; and (2) the warrant issued in 1:22-mc-00602.  The United States also agrees to the unsealing of the sealing order in 1:22-mc-00602 without any redactions.  The United States further agrees that a redacted version of its Notice of Filing of Proposed Redactions may be filed on the public docket.

After considering the United States' motion to seal, we will grant that motion to the extent that we will unseal a redacted version of the docket sheet in 1:22-mc-00602 and a redacted version of the United States' Notice of Filing of Proposed Redactions as well as an unredacted version of the sealing order in 1:22-mc-00602.  As for the United States' proposed redactions to the actual warrant, which proposed redactions are substantial, we will consider what, if any, redactions to the warrant are appropriate after the parties' supplemental briefs are filed and at the same time as we consider what, if any, redactions to the warrant affidavit and the warrant return are appropriate.

In accordance with the above, **IT IS ORDERED** that the United States' motion (*doc. 53*) to seal is **GRANTED TO THE EXTENT** that attached to this Order are (1) a redacted version of the docket sheet in 1:22-mc-00602; (2) a

redacted version of the United States' Notice of Filing of Proposed Redactions; and (3) an unredacted version of the sealing order in 1:22-mc-00602.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge
