CLOSED

# United States District Court
## Middle District of Pennsylvania (Harrisburg)
## CIVIL DOCKET FOR CASE #: 1:22−mc−00602−SES *SEALED*
### Internal Use Only

USA/FBI v. THE PERSON OF SCOTT PERRY, DOB ███, AND INFORMATION ASSOCIATED WITH THE SUBJECT PHONE
Assigned to: Magistrate Judge Susan E. Schwab

Date Filed: 08/02/2022
Date Terminated: 08/22/2022

**Plaintiff**

**USA/FBI**  represented by  ███
US Attorney's Office − Criminal
228 Walnut St, Ste 220
PO Box 11754
Harrisburg, PA 17108
███
Email: ███
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**THE PERSON OF SCOTT PERRY, DOB ███, AND INFORMATION ASSOCIATED WITH THE SUBJECT PHONE**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/02/2022 | 1 | Sealing ORDER. Signed by Magistrate Judge Susan E. Schwab on August 2, 2022. (kjn) (Entered: 08/02/2022) |
| 08/02/2022 | 2 | Telephonic Application for for a Search Warrant with Affidavit of Agent, filed by USA/FBI.(kjn) (Entered: 08/02/2022) |
| 08/02/2022 | 3 | *SEALED* Search and Seizure Warrant Issued (Delayed Notice)Delayed Notice Granted. Telephonically authorized by Magistrate Judge Schwab 8/2/2022.(kjn) (Entered: 08/02/2022) |
| 08/22/2022 | 4 | Search Warrant Returned executed on 8/9/22.(pjr) (Entered: 08/22/2022) |
| 08/22/2022 |  | (Court only) ***Civil Case Terminated. (pjr) (Entered: 08/22/2022) |