AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

In the Matter of the Search of
*(Briefly describe the property to be search[ed] or identify the person by name and addres[s])*
[redacted]

Case No. 1:22-mc-00602

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the Middle District of Pennsylvania *(identify the person or describe the property to be searched and give its location)*:

See Attachments A-1 and A-2

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachments B-1 and B-2

**YOU ARE COMMANDED** to execute this warrant on or before August 16, 2022 *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Hon. Susan E. Schwab.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☑ for 30 days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ________.

Date and time issued: 08/02/2022 2:40 am

S E Schwab
*Judge's signature*

City and state: Harrisburg, Pennsylvania

Susan E. Schwab, U.S. Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 1:22-mc-00602 | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: ____________________

____________________
*Executing officer's signature*

____________________
*Printed name and title*

Print Save As... Reset

ATTACHMENT A-1

**Person to Be Searched**

This warrant applies to the search of SCOTT PERRY (the "Subject" or "Perry"), a white male who has a date of birth of [redacted] and is pictured below, [redacted].

ATTACHMENT A-2

Property to be searched

1. The cellular telephone assigned call number [redacted] ("Subject Phone"), [redacted] [redacted] [redacted].

2. Records and information associated with [redacted] that is within the possession, custody, or control of [redacted]

## ATTACHMENT B-1

### Particular Things to be Seized

Any cellular phone and all information in such devices.





ATTACHMENT B-2

Particular Things to be Seized

I. Information to be Disclosed by (the "Provider")



**II. Information to Be Seized by the Government**

All information described above in Section I that constitutes evidence of violations of the Target Offenses.

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate the things particularly described in this Warrant.