IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE APPLICATION OF PENN LIVE, : <br> YORK DAILY RECORD, AND YORK : <br> DISPATCH TO UNSEAL COURT : <br> RECORDS : <br> : <br> : | Civil No. 1:22-MC-00756 <br><br><br><br> Judge Jennifer P. Wilson |

## ORDER

Before the court is the ex-parte, sealed report and recommendation of United States Magistrate Judge Susan E. Schwab recommending that the court release the warrant application, the accompanying affidavit, the issued warrant, and the returned warrant with limited redactions as proposed by the United States. (Doc. 100.) Judge Schwab also recommends that this court provide Penn Live, York Daily Record, and York Dispatch (collectively, "the Newspapers") time to assert whether they are satisfied with the limited redactions proposed by the United States. (*Id.*) No party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court. *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record,"

1

Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Judge Schwab's analysis is well-reasoned and fully supported by the record and applicable law.

Accordingly, **IT IS ORDERED THAT**:

1) The report and recommendation, Doc. 100, is **ADOPTED**.

2) The United States shall provide the redacted documents, as approved by this order, to the Newspapers by **March 12, 2025**.

3) By **March 26, 2025**, the Newspapers shall file a notice with the court advising whether they are satisfied with the limited redactions proposed by the United States. If the Newspapers are not satisfied, the court will issue a briefing order and remand the case to Judge Schwab for further proceedings.

> s/Jennifer P. Wilson  
> JENNIFER P. WILSON  
> United States District Judge  
> Middle District of Pennsylvania

Dated: February 25, 2025